

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:25-cr-00463 |
| | ) | Judge LaShonda A. Hunt |
| v. | ) No. | Magistrate Judge Keri L. Holleb Hotaling |
| | ) | RANDOM / Cat. 3 |
| KEITH GRIFFIN | ) | Violation: Title 18, United States |
| | ) | Code, Sections 4 and 401(3) |
| | ) | |

## COUNT ONE

The SPECIAL JUNE 2024 GRAND JURY charges:

Beginning on or about March 4, 2020, and continuing until at least December 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

KEITH GRIFFIN,

defendant herein, did willfully and knowingly disobey and resist a lawful order of a Court of the United States, namely, the order dated February 24, 2020, issued by the Honorable Thomas M. Durkin, District Court Judge of the United States District Court for the Northern District of Illinois, by failing to distribute the settlement funds to Victim A as required by that order.

In violation of Title 18, United States Code, Section 401(3).

1

## COUNT TWO

The SPECIAL JUNE 2024 GRAND JURY further charges:

Beginning on or about March 11, 2020, and continuing until at least December 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

### KEITH GRIFFIN,

defendant herein, did willfully and knowingly disobey and resist a lawful order of a Court of the United States, namely, the order dated March 4, 2020, issued by the Honorable Thomas M. Durkin, District Court Judge of the United States District Court for the Northern District of Illinois, by failing to distribute the settlement funds to Victim B as required by that order.

In violation of Title 18, United States Code, Section 401(3).

## **COUNT THREE**

The SPECIAL JUNE 2024 GRAND JURY further charges:

Beginning on or about March 27, 2020, and continuing until at least December 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

### KEITH GRIFFIN,

defendant herein, did willfully and knowingly disobey and resist a lawful order of a Court of the United States, namely, the order dated March 9, 2020, issued by the Honorable Thomas M. Durkin, District Court Judge of the United States District Court for the Northern District of Illinois, by failing to distribute the settlement funds to Victim C as required by that order.

In violation of Title 18, United States Code, Section 401(3).

## **COUNT FOUR**

The SPECIAL JUNE 2024 GRAND JURY further charges:

Beginning on or about March 30, 2020, and continuing until at least December 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

### KEITH GRIFFIN,

defendant herein, did willfully and knowingly disobey and resist a lawful order of a Court of the United States, namely, the order dated March 4, 2020, issued by the Honorable Thomas M. Durkin, District Court Judge of the United States District Court for the Northern District of Illinois, by failing to distribute the settlement funds to Victim D as required by that order.

In violation of Title 18, United States Code, Section 401(3).

## COUNT FIVE

The SPECIAL JUNE 2024 GRAND JURY further charges:

Beginning in or about March 2020, and continuing until in or about December 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

KEITH GRIFFIN,

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, namely, wire fraud, in violation of Title 18, United States Code, Section 1343, did conceal and not as soon as possible make known the same to a judge or other person in civil authority under the United States;

In violation of Title 18, United States Code, Section 4.

## COUNT SIX

The SPECIAL JUNE 2024 GRAND JURY further charges:

Beginning in or about March 2020, and continuing until in or about December 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

### KEITH GRIFFIN,

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, namely, contempt of court, in violation of Title 18, United States Code, Section 401(3), did conceal and not as soon as possible make known the same to a judge or other person in civil authority under the United States;

In violation of Title 18, United States Code, Section 4.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY