**BC**  **FELONY**

**1:25-cr-00463**
**Judge LaShonda A. Hunt**
**Magistrate Judge Keri L. Holleb Hotaling**
**RANDOM / Cat. 3**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED**
**8/7/2025**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

**PJJ**

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Keith Griffin | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information? **Criminal Contempt (III)**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **18 U.S.C. §§ 401(3) and 4**

Assistant United States Attorney(s): **Jared Hasten**

Contact Person and Phone Number: **Jared Hasten, (312) 353-5354**